IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| TERI WOODS PUBLISHING, L.L.C., et al., | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | No.  11-06341 |
| | : | |
| WILLIAMS, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

**O R D E R**

**AND NOW**, this   29th  day of June, 2012, upon consideration of the Plaintiffs Teri Woods and Teri Woods Publishing, L.L.C.'s Motion to Vacate (Doc. 38) the Court Order of May 1, 2012 against Defendants Carl Weber and Urban Knowledge Bookstore L.L.C., it is hereby **ORDERED** that the Motion is **DENIED**.

                                                                                      BY THE COURT:


                                                                                       /s/ Robert F. Kelly
                                                                                       ROBERT F. KELLY
                                                                                       SENIOR JUDGE