IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERI WOODS PUBLISHING, L.L.C., et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | No. 11-06341 |
| WILLIAMS, et al., | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this   6th   day of July, 2012, upon consideration of the Plaintiffs Teri Woods and Teri Woods Publishing, L.L.C.'s Motion to Vacate (Doc. 44) the Court Order of May 22, 2012, against Defendants DeSean Williams and Harlem Bookstores, it is hereby **ORDERED** that the Motion to Vacate as to Williams is **DENIED** and as to Harlem Bookstores is **GRANTED**.  Accordingly, the Order of this Court dated May 22, 2012, dismissing the claims against Harlem Bookstores is vacated.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE